IN THE SUPREME COURT OF THE STATE OF KANSAS

Bar Docket No. 18015

In the Matter of ANDREW B. PROTZMAN,
*Respondent.*

ORDER OF DISBARMENT

The court admitted Andrew B. Protzman to the practice of law in Kansas on April 25, 1997.

In July 2025, the Review Committee for the Kansas Board for Discipline of Attorneys found probable cause to believe that Protzman engaged in misconduct. See Supreme Court Rule 204(b) (2025 Kan. S. Ct. R. at 248) (establishment of review committee); Supreme Court Rule 211(b) (2025 Kan. S. Ct. R. at 257) (probable cause finding). Accordingly, the review committee directed the Disciplinary Administrator to file a formal complaint against Protzman and to set a hearing before the Board. See Rule 211(a)(5) (disposition of docketed complaint).

On July 16, 2025, Protzman submitted a request to voluntarily surrender his Kansas law license under Supreme Court Rule 230(a) (2025 Kan. S. Ct. R. at 283). The Office of the Disciplinary Administrator then filed a motion asking the court to accept Protzman's voluntary surrender under Rule 230(b).

The court grants that motion, accepts Protzman's voluntary surrender of his law license, disbars Protzman under Rule 230(b), and revokes Protzman's license and privilege to practice law in Kansas.

The court further orders the Office of Judicial Administration to strike the name of Andrew B. Protzman from the roll of attorneys licensed to practice law in Kansas effective the date of this order.

The court notes that under Rule 230(b)(1)(C), any pending Board proceeding against Protzman terminates on the date of this order. The Disciplinary Administrator may direct an investigator to complete any pending investigation to preserve evidence.

Finally, the court directs that this order be published in the Kansas Reports and that the costs herein be assessed to Protzman under Supreme Court Rule 229 (2025 Kan. S. Ct. R. at 282). The court further directs Protzman to comply with Supreme Court Rule 231 (2025 Kan. S. Ct. R. at 285).

Dated this 25th day of July 2025.